**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JASON PAUL,

                Petitioner

        v.

ADMINISTRATIVE OFFICE OF
PENNSYLVANIA COURTS (AOPC),

                Respondent

: No. 6 WM 2024
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2024, the "King[']s Bench Matters Rule 3309" and the "Answer to the 'No Answer of Respondent'" are DENIED.